**KOTAM ELECTRONICS, INC.,**
**Plaintiff–Appellee,**

v.

**JBL CONSUMER PRODUCTS,**
**INC., Defendant–Appellant.**

No. 94–4984.

United States Court of Appeals,
Eleventh Circuit.

Nov. 8, 1995.

David L. Ross, Greenberg, Traurig, Hoffman, Lipoff, Rosen & Quentel, P.A., Miami, FL, Stephen J. Squeri, Robert H. Rawson, Jr., Cleveland, OH, for Appellant.

Stephen Nagin, Herzfeld & Rubin, Miami, FL, for Appellee.

ON PETITION FOR REHEARING

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

*Chiles,* 874 F.Supp. at 1342.

BY THE COURT:

A member of this court in active service having requested a poll on suggestion for rehearing en banc, and a majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACAT-ED.